**Chelley Talbert**  
Litigation Counsel

30 Rockefeller Plaza  
New York, NY 10112-0002

+1 212 664 2527 Tel  
chelley.talbert@nbcuni.com

# NBCUniversal

September 12, 2014

**VIA ECF**

Catherine O'Hagan Wolfe  
Clerk of Court  
United States Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

      Re:    <u>Baiul v. NBCUniversal Media, LLC</u>: *Case Numbers 14-1813, 14-2892*

Dear Ms. Wolfe:

      We represent Defendant-Appellee NBCUniversal Media, LLC and Defendant NBC Sports Network, L.P. (collectively "NBCUniversal") in the above-referenced appeals. Appellant filed her brief and Appendix on August 29, 2014. Pursuant to Local Rules 30.1(g) and 31.2(a)(1)(B), we respectfully request that the deadline for filing the Appellee's brief and Supplement Appendix in these appeals be November 21, 2014, which is within 91 days of the filing of Appellant's brief.

      Should you have any questions or concerns, please feel free to contact me at (212) 664-2527 or chelley.talbert@nbcuni.com. Thank you for your assistance in this matter.

Respectfully submitted,



Chelley E. Talbert

cc:    Raymond J. Markovich (via First Class Mail)  
       351 Westbourne Drive  
       West Hollywood, California 90048  
       *Attorney for Appellant Baiul*